UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| TED ALVIN KLAUDT,<br><br>        Plaintiff,<br><br>   vs.<br><br>KATHLEEN F. TRANDAHL Circuit Court Judge, Sixth Judical Circuit, Winner, in her individual and official capacity; JOHN L. BROWN, Circuit Court Judge, Sixth Judicial Circuit, Pierre, in his individual and official capacity; KELLI SITZMAN, Hughes County Clerk of Courts, in her individual and official capacity,<br><br>        Defendants. | 3:16-CV-03005-KES<br><br><br><br>JUDGMENT |

    Pursuant to the Order Dismissing the Case, it is

    ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Ted Alvin Klaudt.

    Dated March 31, 2016.

                                    BY THE COURT:

                                    */s/ Karen E. Schreier*
                                    KAREN E. SCHREIER
                                    UNITED STATES DISTRICT JUDGE